■ JEAN LORETTO, on Behalf of Herself and All Others Similarly Situated, Appellant-Respondent, v GROUP W CABLE, INC., et al., Respondents-Appellants. ATTORNEY-GENERAL OF

THE STATE OF NEW YORK, Intervenor-Respondent.—Order, Supreme Court, New York County (Alfred Ascione, J.), entered on or about June 28, 1985, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court, entered on December 13, 1985, unanimously dismissed as nonappealable. No opinion. Concur—Murphy, P. J., Sandler, Milonas, Rosenberger and Smith, JJ.